Decided September 20, 1994

ROBERT V. SQUEGLIA, JR. *v.* ROBERT V. SQUEGLIA, SR.

The plaintiff's petition for certification for appeal from the Appellate Court, 34 Conn. App. 866 (AC 12706), is granted, limited to the following issue:

"Was the Appellate Court correct in holding that the doctrine of parental immunity shielded the parent from liability to the minor child for damages under General Statutes § 22-357, the dog bite statute?"

The Supreme Court docket number is SC 15041.

*David R. Babbitz,* in support of the petition.

*Carolyn P. Gould* and *David J. Crotta, Jr.,* in opposition.

Decided September 20, 1994